# Court of Appeals
## Tenth Appellate District of Texas

10-25-00262-CV

Estella Varice Battieste,
Appellant

v.

Jonathan Thornberry,
Appellee

On appeal from the
12th District Court of Walker County, Texas
Judge David W. Moorman, presiding
Trial Court Cause No. 1728444

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Estella Varice Battieste, filed an appeal of the trial court's judgment signed on July 11, 2025. In their docketing statement filed with this Court, Appellant alleged that the clerk's record would be requested on September 22, 2025. On September 10, 2025, by letter from the Clerk of this Court, Appellant was directed to pay, or make arrangements to pay, for the clerk's record no later than October 1, 2025. On October 1, 2025, Appellant

filed a motion for extension of time to pay for the clerk's record until October 31, 2025, and that motion was granted by this Court. On October 31, 2025, the trial court clerk requested an extension of time until November 7, 2025, and informed this Court that Appellant had "said they are making payment arrangements" for the clerk's record but had not done so. On November 7, 2025, the trial court clerk requested an extension of time to December 31, 2025 because the attorney's payment for the clerk's record was returned due to insufficient funds and that the clerk's efforts to communicate with Appellant's attorney had been unsuccessful. The clerk's motion was granted in part until December 8, 2025. *See* TEX. R. APP. P. 35.3(c). On December 8, 2025, the trial court clerk informed this Court that she had not had any communication with Appellant's attorney since October 31, 2025, and that no payment had been made for the record and the balance was still outstanding.

On December 8, 2025, Appellant was notified by letter from the Clerk of this Court that the clerk's record had not been filed because the fee for the clerk's record had not been paid and that this appeal would be dismissed if the appellant did not pay the fee for the clerk's record and notify this Court of her compliance on or before December 15, 2025, or the appeal would be dismissed for want of prosecution.

On December 18, 2025, the trial court clerk informed this Court that the payment for the record had not been made. Further, Appellant did not provide verification of the payment with this Court or file any other response to the Clerk's letter.

Appellant did not comply with the letter from the Clerk regarding making the payment for the clerk's record or providing verification to this Court and the clerk's record has not been filed with this Court. Therefore, this appeal is dismissed for want of prosecution and for failing to comply with a requirement of "a notice from the clerk requiring a response or other action within a specified time." *See* TEX. R. APP. P. 42.3(b), (c). Appellant's motion for stay is dismissed as moot.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: December 23, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
Motion dismissed
CV06

